**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

```
FILED
MAR 1 0 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽  DEPUTY
```

UNITED STATES OF AMERICA,

                Plaintiff,

        vs.

ANGELA ROSE VELA,

                Defendant.

CASE NO. 15CR0526-L-3

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X   an Information has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

⎽⎽⎽ the Court has dismissed the case for unnecessary delay; or

⎽⎽⎽ the Court has granted the motion of the Government for dismissal, without prejudice; or

⎽⎽⎽ the Court has granted the motion of the defendant for a judgment of acquittal; or

⎽⎽⎽ a jury has been waived, and the Court has found the defendant not guilty; or

⎽⎽⎽ the jury has returned its verdict, finding the defendant not guilty; or

 X   of the offense(s) as charged in the Indictment/Information:

18:371, 2320(a) - Conspiracy to Traffic in Counterfeit Goods

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/10/2015

                        Honorable Jill L. Burkhardt
                        United States Magistrate Judge